BATES, Respondent v. SMITH et al., Appellants

(65 N. W.2d 137)

(File No. 9384. Opinion filed June 17, 1954)

**Douglas Bantz**, Aberdeen, for Plaintiff and Respondent.

**Randell L. Smith**, Aberdeen, Pro Se.

PER CURIAM. The appeal in the above entitled action was perfected June 8, 1953. The record was settled Decem-

ber 2, 1953. No brief has been filed by appellant. The appeal is deemed abandoned, and the judgment appealed from is affirmed.

All the Judges concur.